AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| United States of America | ) |
| v. | ) |
| Johnny D. Stokes | ) Case No: 3:10-cr-00108-BAJ-DLD-1 |
|  | ) USM No: 02978-095 |
| Date of Original Judgment: 08/10/2011 | ) |
| Date of Previous Amended Judgment: | ) Rebecca Hudsmith, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  08/10/2011  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  11/01/2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Brian A. Jackson, Chief U.S. District Judge
*Printed name and title*

USAtty